WILLIAM H. BROWN (7623)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Suite 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Fax: (702) 816-2300
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Reymund Baluyut*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA, | 2:19-cr-00300-JCM-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING** |
| vs. | |
| REYMUND DE LOS SANTOS BALUYUT, | **(First Request)** |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jamie Mickelson, Assistant United States Attorney, counsel for the United States of America, and William H. Brown, Esq., of BROWN MISHLER, PLLC, counsel for defendant Reymund Baluyut, that the sentencing hearing currently scheduled for November 18, 2020, at 10:00 a.m., be vacated and continued sixty (60) days to January 18, 2020, or alternatively to a subsequent date and time convenient to the Court.

This Stipulation is entered for the following reasons:

1

1. This is the first requested continuance for sentencing.

2. Defense counsel seeks additional time to research and investigate potential sentencing issues.

3. Defendant is out of custody and does not object to the need to continue sentencing.

4. The government agrees to the requested continuance.

This is the first request for a continuance of sentencing.

Date: October 20, 2020

| | |
|---|---|
| Counsel for REYMUND BALUYUT | NICHOLAS A. TRUTANICH<br>United States Attorney |
| /s/ *William Brown*<br>WILLIAM H. BROWN<br>BROWN MISHLER, PLLC | /s/ *Jamie Mickelson*<br>JAMIE MICKELSON<br>Assistant United States Attorney |

WILLIAM H. BROWN (7623)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Suite 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Fax: (702) 816-2300
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Reymund Baluyut*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA,<br><br>Plaintiff,<br><br>vs.<br><br>REYMUND DE LOS SANTOS BALUYUT,<br><br>Defendant. | 2:19-cr-00300-JCM-EJY<br><br>**ORDER CONTINUING SENTENCING DATE** |

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court hereby vacates the current sentencing date of November 18, 2020, and continues the date sixty (60) days, such that the new sentencing date shall be  January 20, 2021 at 10:00 a.m.

DATED October 21, 2020.

_____
UNITED STATES DISTRICT JUDGE

3