WILLIAM H. BROWN (7623)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Suite 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Fax: (702) 816-2300
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Reymund Baluyut*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA,<br><br>Plaintiff,<br><br>vs.<br><br>REYMUND DE LOS SANTOS BALUYUT,<br><br>Defendant. | 2:19-cr-00300-JCM-EJY<br><br>**STIPULATION TO CONTINUE SENTENCING**<br><br>**(Second Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Simon Kung, Assistant United States Attorney, counsel for the United States of America, and William H. Brown, Esq., of BROWN MISHLER, PLLC, counsel for defendant Reymund Baluyut, that the sentencing hearing currently scheduled for January 20, 2021, at 10:00 a.m., be vacated and continued sixty (60) days to March 22, 2021, or alternatively to a subsequent date and time convenient to the Court.

This Stipulation is entered for the following reasons:

1

1. This is the second requested continuance for sentencing.

2. Defense counsel seeks additional time to research and investigate potential sentencing issues.

3. Defendant is out of custody and does not object to the need to continue sentencing.

4. The government agrees to the requested continuance.

This is the second request for a continuance of sentencing.

Date: December 29, 2020

| Counsel for REYMUND BALUYUT | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| /s/ *William Brown*<br>WILLIAM H. BROWN<br>BROWN MISHLER, PLLC | /s/ *Simon Kung*<br>SIMON KUNG<br>Assistant United States Attorney |

2

WILLIAM H. BROWN (7623)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Suite 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Fax: (702) 816-2300
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Reymund Baluyut*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA,<br><br>           Plaintiff,<br><br>vs.<br><br>REYMUND DE LOS SANTOS BALUYUT,<br><br>           Defendant. | 2:19-cr-00300-JCM-EJY<br><br>**ORDER CONTINUING SENTENCING DATE** |

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court hereby vacates the current sentencing date of January 20, 2021, at 10:00 a.m., and continues the date sixty (60) days, such that the new sentencing date shall be  March 24, 2021 at 10:00 a.m  .

DATED January 11, 2021.

_____
UNITED STATES DISTRICT JUDGE

3