WILLIAM H. BROWN (7623)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Suite 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Fax: (702) 816-2300
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Reymund Baluyut*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA, | 2:19-cr-00300-JCM-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING** |
| vs. | |
| REYMUND DE LOS SANTOS BALUYUT, | **(Third Request)** |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Simon Kung, Assistant United States Attorney, counsel for the United States of America, and William H. Brown, Esq., of BROWN MISHLER, PLLC, counsel for defendant Reymund Baluyut, that the sentencing hearing currently scheduled for March 24, 2021, at 10:00 a.m., be vacated and continued sixty (60) days to May 24, 2021, or alternatively to a subsequent date and time convenient to the Court.

This Stipulation is entered for the following reasons:

1

1. Based on the public health emergency brought about by the COVID-2019 pandemic, and the required social-distancing measures as recognized in the Court's Temporary General Order 2020-05 Extended, the parties agree to continue the currently scheduled sentencing hearing from March 24, 2021, at 10:00 a.m. to a date and time convenient to the Court, but no sooner than thirty (60) days.

2. The previously assigned Assistant United States Attorney has left the office and this case was recently assigned to the undersigned Assistant United States Attorney. The additional time is necessary to allow new counsel for the Government sufficient time within which to be able to effectively prepare for the sentencing hearing.

3. This continuance allows defense counsel additional time to prepare for the hearing.

4. Defendant is out of custody and does not object to the need to continue sentencing.

5. The government agrees to the requested continuance.

6.      This continuance is not sought for purposes of delay, but for the reasons stated and to account for the necessary social-distancing in light of the COVID-2019 public health emergency.

This is the third request for a continuance of sentencing.

Date: February 19, 2021

| Counsel for REYMUND BALUYUT | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| /s/ *William Brown*<br>WILLIAM H. BROWN<br>BROWN MISHLER, PLLC | /s/ *Simon Kung*<br>SIMON KUNG<br>Assistant United States Attorney |

WILLIAM H. BROWN (7623)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Suite 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Fax: (702) 816-2300
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Reymund Baluyut*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA,<br><br>Plaintiff,<br><br>vs.<br><br>REYMUND DE LOS SANTOS BALUYUT,<br><br>Defendant. | 2:19-cr-00300-JCM-EJY<br><br>**ORDER CONTINUING SENTENCING DATE** |

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court hereby vacates the current sentencing date of March 24, 2021, at 10:00 a.m., and continues the date sixty (60) days, such that the new sentencing date shall be   6/2/21 at 10:30 AM  .

DATED March 1, 2021.

_____
UNITED STATES DISTRICT JUDGE

4