WILLIAM H. BROWN (7623)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Suite 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Fax: (702) 816-2300
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Reymund Baluyut*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA,<br><br>Plaintiff,<br><br>vs.<br><br>REYMUND DE LOS SANTOS BALUYUT,<br><br>Defendant. | 2:19-cr-00300-JCM-EJY<br><br>**STIPULATION TO CONTINUE SENTENCING**<br><br>**(Fourth Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Simon Kung, Assistant United States Attorney, counsel for the United States of America, and William H. Brown, Esq., of BROWN MISHLER, PLLC, counsel for defendant Reymund Baluyut, that the sentencing hearing currently scheduled for June 2, 2021, at 10:30 a.m., be vacated and continued sixty (90) days to September 2, 2021, or alternatively to a subsequent date and time convenient to the Court.

This Stipulation is entered for the following reasons:

1

1. The parties agree to the continuance;

2. This continuance allows defense counsel additional time to prepare for the hearing.

3. Defendant is out of custody and does not object to the need to continue sentencing;

4. The government agrees to the requested continuance;

5. Denial of this request could result in a miscarriage of justice;

6. This continuance is not sought for purposes of delay, but for the reasons stated.

This is the fourth request for a continuance of sentencing.

Date: May 5, 2021

| Counsel for REYMUND BALUYUT | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| /s/ *William Brown*<br>WILLIAM H. BROWN<br>BROWN MISHLER, PLLC | /s/ *Simon Kung*<br>SIMON KUNG<br>Assistant United States Attorney |

WILLIAM H. BROWN (7623)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Suite 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Fax: (702) 816-2300
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Reymund Baluyut*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA, | 2:19-cr-00300-JCM-EJY |
| Plaintiff, | **ORDER CONTINUING SENTENCING DATE** |
| vs. | |
| REYMUND DE LOS SANTOS BALUYUT, | |
| Defendant. | |

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court hereby vacates the current sentencing date of June 2, 2021, at 10:30 a.m., and continues the date sixty (90) days, such that the new sentencing date shall be  September 8, 2021 at 10:00 a.m .

DATED May 10, 2021.

_____
UNITED STATES DISTRICT JUDGE

3