**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-CR-300-JCM-EJY |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| REYMUND DE LOS SANTOS BALUYUT, | |
| Defendant. | |

This Court found that Reymund De Los Santos Baluyut, shall pay the in personam criminal forfeiture money judgment of $235,781.69 pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(2)(A); and 21 U.S.C. § 853(p). Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 140; Plea Agreement, ECF No. 141; Preliminary Order of Forfeiture, ECF No. 142.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

To comply with *Honeycutt v. United States*, 137 S. Ct. 1626 (2017), the government reduces the in personam criminal forfeiture money judgment amount to $39,729.50.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Reymund De Los Santos Baluyut, the in personam criminal forfeiture money judgment of $39,729.50, not to be held jointly and severally liable with any codefendants and the collected money judgment amount between the codefendants is not to

exceed $1,407,183.61 pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(2)(A); and 21 U.S.C. § 853(p).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED September 8, 2021.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE